UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **DEBRA PHILLIPS SEIBER,** )<br>Plaintiff, )<br> )<br>v. )<br> )<br>**MICHAEL J. ASTRUE,** )<br>**Commissioner of Social Security,** )<br>Defendant. ) | No. **3:10-cv-427**<br>(Phillips/Guyton) |

## FINAL JUDGMENT ORDER

After a careful review of this matter, the Court **ACCEPTS IN WHOLE** the Magistrate Judge's Report and Recommendation [Doc. 20] under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Plaintiff's objections [Doc. 21] to the Report and Recommendation are therefore **OVERRULED**. It is further **ORDERED**, for the reasons stated in the accompanying Memorandum Opinion and in the Magistrate Judge's Report and Recommendation, that Plaintiff's Motion for Summary Judgment [Doc. 12] is **DENIED**; Defendant Commissioner's Motion for Summary Judgment [Doc. 19] is **GRANTED**; Defendant Commissioner's decision to deny Plaintiff's application for benefits under the Social Security Act is **AFFIRMED**; and this case is **DISMISSED**.

**IT IS SO ORDERED**.

**ENTER:**

ENTERED AS A JUDGMENT
s/ *Debra C. Poplin*
CLERK OF COURT

s/ Thomas W. Phillips
United States District Judge